

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| WILMA MARIE WILSON, | § | No. 08-23-00221-CV |
| Appellant, | § | Appeal from the |
| v. | § | 120th Judicial District Court |
| AUDREY JO BIFFLE, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2021DCV3005) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the trial court's judgment should be affirmed in part and reversed and remanded in part. The portion of the trial court's judgment granting no-evidence summary judgment on Appellant's negligence claims with respect to causation, bodily injury, and pain and suffering is reversed and remanded to the trial court for further proceedings consistent with the opinion of this Court. In all other respects, we affirm the no-evidence summary judgment.

We further order that each party shall pay one half of the costs of appeal, for which let execution issue. *See* Tex. R. App. P. 43.5. This decision shall be certified below for observance.

IT IS ORDERED THIS 4TH DAY OF APRIL 2024.

GINA M. PALAFOX, Justice

Before Alley, C.J., Palafox and Soto, JJ.
Alley, C.J., concurring